
FILED
NOV - 3 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.       Case No. 2:14mj485
         Court Date: November 12, 2014

ERICA I. QUINONES

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 1169834

THE UNITED STATES ATTORNEY CHARGES:

That from on or about August 18, 2014, to September 12, 2014, at the C-9 MWR Building at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, ERICA I. QUINONES, did embezzle, steal, purloin, and knowingly convert to her own use or the use of another, money of the United States of an amount less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Nicholas.Linstroth@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Nicholas.Linstroth@usdoj.gov


OCT. 24, 2014
_____
Date